IN THE CIRCUIT COURT OF MILLER COUNTY, ARKANSAS    FILED

            2016
LASHAREN MARTIN                                                   PLAINTIFF MAY 23 A 9:46

VS.                  NO. 46CV-16-140-2                            MARY PANKEY, CIRCUIT CLERK
                                                                  BY_____CT_____DEPUTY

DOLLAR GENERAL CORPORATION                                        DEFENDANT

## COMPLAINT

NOW COMES LaSharen Martin, hereinafter called Plaintiff, complaining of Dollar General Corporation, hereinafter called Defendant, and for cause of action would respectfully show the Court the following:

I.

Plaintiff is a resident of Miller County, Arkansas.

Defendant Dollar General Corporation is a Tennessee corporation and may be served with summons by serving its registered agent, Corporation Service Company at 2908 Poston Avenue, Nashville, Tennessee 37203-1312.

The acts and omissions which are the basis of this suit occurred in Miller County, Arkansas.

II.

Plaintiff brings this suit to recover for personal injuries sustained by Plaintiff as a result of a dangerous condition on Defendant's property, specifically:

1. On October 2, 2014 the floor on which Plaintiff was walking in Defendant's establishment Dollar General located at 1305 Dudley Street in Texarkana, Arkansas had a dangerous substance on the floor.

2. Plaintiff slipped on the dangerous substance and fell injuring her body;


DEFENDANT'S EXHIBIT A

3. After Plaintiff fell to the floor, merchandise fell on her from both sides of the aisle causing additional injuries to Plaintiff; and

4. No signs were posted to warn Plaintiff of the dangerous substance or the dangerous conditions.

III.

At the time and on the occasion in question, Plaintiff was an invitee on Defendant's property, having gone there for the purpose of purchasing merchandise. Defendant knew or reasonably should have known of the unreasonably dangerous conditions and neither corrected nor warned the Plaintiff of them. Defendant was negligent in not periodically inspecting the floors. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant's failure to correct the condition or to warn Plaintiff or to properly inspect constituted negligence, and such negligence was a proximate cause of the occurrence in question and the Plaintiff's resulting injuries.

IV.

As a result of the occurrence above described, the Plaintiff suffered severe personal injuries causing Plaintiff to sustain permanent bodily impairment and scarring. Plaintiff has experienced physical pain and mental anguish and will, in reasonable probability, continue to do so in the future by reason of the nature and severity of Plaintiff's injuries and disfigurement. Plaintiff has been caused to incur medical charges and expenses in the past and will continue to incur medical expenses in the future for Plaintiff's injuries. In addition, Plaintiff suffered lost wages.



V.

By reason of the above and foregoing, Plaintiff has been damaged in the sum of One Hundred Thousand and No/100ths Dollars ($100,000.00).

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be duly cited to appear and answer herein; that upon a final trial of this cause, Plaintiff recover:

1. judgment against Defendant for Plaintiff's damages as set forth above in the sum of One Hundred Thousand and No/100ths Dollars ($100,000.00);

2. interest on said judgment at the legal rate from date of judgment;

3. prejudgment interest as allowed by law;

4. costs of court; and

5. such other and further relief to which Plaintiff may be entitled.

Respectfully Submitted,

_____
GARNET E. NORWOOD
410 N. State Line Ave.
Texarkana, AR 71854
(870) 774-7211
(870) 774-1520
Email: gnor760477@aol.com
Arkansas Bar No. 67069

ATTORNEY FOR PLAINTIFF